UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LUCILLE DUMAS | Case No.: 1:16 CV-00081 |
| Plaintiff, | |
| vs. | |
| MADELINE CHAPPELL, | JUDGE: DONALD C. NUGENT |
| and | |
| | **NOTICE OF APPEARANCE** |
| CUYAHOGA COUNTY | |
| Defendant | |

Please take notice that Defendant, Madeline Chappell, in the above referenced

matter has retained, Russell D. Kornblut, Esq., of Frank & Kornblutt, LLC., as legal Counsel

pursuant to the above captioned matter.

Respectfully submitted.

Dated this 19 th day of February, 2016.

_____
RUSSELL D. KORNBLUT (0032818)
Frank & Kornblut, LLC
Attorneys at Law
30325 Solon Road A-1
Solon, Ohio 44139
Email: rkornblut@yahoo.com
Phone: (216) 570-4871

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the Counsels for the Plaintiff, via the Court's Electronic Case Filing System on the Court's Electronic Mail Notice List: Subodh Chandra, Peter Pattakos, Ashlie Case Sletvold, 1265 West 6th Street, Cleveland, Ohio 44113, Christopher Thomarios, 820 West Superior Avenue, Suite 840, Cleveland Ohio, 44113.

And Counsel for Defendant Cuyahoga County, Barbara R. Marburger, Office of the Prosecuting Attorney, Cuyahoga County 8th Floor, Courts Tower Justice Center, 1200 Ontario Street, Cleveland, Ohio 44113, and by regular U.S. Mail on this 19th day of February, 2016.

No manual recipients.

_____
Russell D. Kornblut, Esq.
Attorney for Plaintiff