UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LUCILLE DUMAS, | Case No. 1:16 CV 81 |
| | JUDGE DONALD C. NUGENT |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| MADELINE CHAPPELL, et al., | |
| Defendants. | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Parties may file any additional documentation evidencing the settlement.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __October 27, 2017_____